**Sanitation Solutions, Inc. al**

**Appendix A**

1. Arp, Luther
2. Avila, Ponciano
3. Bates, Kerry
4. Beard, Dempster T
5. Beard II, Dempster T
6. Blackwell, Eddie
7. Clanton, Randall
8. Curley, Bill
9. Dean, James
10. Durrough, Dante
11. Frady, Mark
12. Gafford, David
13. Gonzalez, Juan
14. Goode, Stephen
15. Holder, Paul
16. Jones, Michael
17. Juriga, Joe
18. Ledesma, Richie
19. Little, Alan
20. Logan, Robert
21. Martin, Daniel
22. Massey, Joseph
23. Mullinax, Bobby
24. Mullins, Neil
25. Mullins, Shane
26. Nichols, Dale
27. Olivera, Leo
28. Pedraza, Gerardo
29. Pilgrim, Shane
30. Ponce, Benito
31. Pruitt, Kevin
32. Pruitt, Malcomb
33. Roberts Jr., Charles Chaz
34. Roberts Sr., Charles
35. Sheets, Terry
36. Simonds, Jacob

Page 2

Sanitation Solutions, Inc.,
Appendix A

37. Tatum, Jimmy
38. White, Willis

END